# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH I. DONOVAN & PATRICK DONOVAN,<br><br>        Plaintiffs,<br>vs.<br><br>OCWEN LOAN SERVICING, LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:12-cv-01916-MCE-EFB<br><br>Hon.: Morrison C. England Jr.<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Having read and considered the parties' stipulation, the Court finds that there is good cause to extend the time for Defendant OCWEN LOAN SERVICING, LLC., to respond to Plaintiffs' Complaint up to and including September 30, 2012. Therefore, IT IS ORDERED that Defendant's time to respond to Plaintiffs' Complaint is extended up to and including September 30, 2012.

IT IS SO ORDERED.

Dated: September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE