THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 210
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant Equifax
Information Services LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH I. DONOVAN & PATRICK DONOVAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:12-cv-01916-MCE-EFB<br><br>**ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED that the claims and demands of plaintiffs, Elizabeth I. Donovan and Patrick Donovan, against Defendant Equifax Information Services LLC are hereby DISMISSED, WITH PREJUDICE, each party to bear its own costs.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE