1  Terri R. Brown, Esq. (IN #26279-49)
     *(admitted Pro Hac Vice)*
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  tbrown@schuckitlaw.com
5
6  *Lead Counsel for Defendant Trans Union, LLC*
   *Designated Counsel for Service*
7
8  Monica Katz-Lapides, Esq. (CSB #267231)
   Tate & Associates
9  1321 8th Street, Suite 4
   Berkeley, CA  94710
10 Telephone:  510-525-5100
   Fax:  510-525-5130
11 E-Mail:  mkl@tateandassociates-law.com

12 *Counsel for Defendant Trans Union, LLC*

13

14

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

17                           **SACRAMENTO DIVISION**

18

| | |
|---|---|
| ELIZABETH I. DONOVAN and PATRICK DONOVAN, | ) CASE NO. 2:12-cv-01916-MCE-EFB |
| Plaintiffs, | ) |
| vs. | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |
| OCWEN LOAN SERVICING, LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; | ) |
| Defendants. | ) |

       Plaintiffs Jennifer I. Donovan and Patrick Donovan, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans

Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: <u>December 11, 2012</u>     <u>*/s/ Mark F. Anderson (as authorized on 12/11/12)*</u>
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA  94108
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Elizabeth I. Donovan and Patrick Donovan*


Date: <u>December 12, 2012</u>     <u>*/s/ Terri R. Brown*</u>
Terri R. Brown, Esq. (IN #26279-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Jennifer I. Donovan and Patrick Donovan against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiffs Jennifer I. Donovan and Patrick Donovan and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated:  December 19, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT