Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Tel: 415.651.1951
Fax: 415.500.8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH I. DONOVAN & PATRICK DONOVAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING LLC; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01916-MCE-EFB<br><br>**ORDER DISMISSING DEFENDANT OCWEN LOAN SERVICING LLC** |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice (ECF No. 27);

IT IS ORDERED, ADJUDGED, AND DECREED that the claims and demands of plaintiffs, Elizabeth I. Donovan and Patrick Donovan, against Defendant Ocwen Loan Servicing LLC be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT